UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 97-6056

ANGELO C. CONGO,

Petitioner - Appellant,

versus

VIRGINIA DEPARTMENT OF CORRECTIONS; CENTRAL
CLASSIFICATION BUREAU; COURT AND LEGAL MANA-
GERS; LAUREL A. CORNER; LOU ANN WHITE; DORIS
HEUEING,

Respondents - Appellees.

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Alexandria.  Claude M. Hilton, District
Judge.  (CA-96-279-AM)

Submitted:  April 17, 1997          Decided:  May 2, 1997

Before NIEMEYER and WILLIAMS, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

Angelo C. Congo, Appellant Pro Se.  Martha Murphey Parrish, Assis-
tant Attorney General, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.[*] <u>Congo v. Virginia Dep't of Corrections</u>, No. CA-96-279-AM (E.D. Va. Nov. 15, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

---

[*] We also deny Congo's motion for appointment of counsel. <u>See</u> <u>Whisenant v. Yuam</u>, 739 F.2d 160, 163 (4th Cir. 1984) (providing standard).